UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVARO MACOTO CUAUTLE,<br><br>        Plaintiff,<br><br>  -against-<br><br>191 AVENUE A INC., et al.,<br><br>        Defendants. | 23-cv-6028 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 As discussed at the November 20 conference:

1. By December 5, 2023, Plaintiff's counsel will investigate the ownership and control of 191 Avenue A Inc. and determine whether default judgment is appropriate.

2. By December 5, 2023, Plaintiff's counsel and both individual Defendants shall meet and confer regarding the Defendants' status in this case.

3. The parties shall appear for a follow-up conference on December 13, 2023, at 11:00 a.m. The parties should dial 646-453-4442 and enter phone conference ID 629 094 180#.

4. The Clerk of Court is directed to update the address for both Defendant Alzendani and Defendant Zindani as follows: 229 St. Ann's Ave., Apt. 1, Bronx, NY 10454.

 SO ORDERED.

Dated: November 21, 2023
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge