UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MACOTO CUAUTLE, et al.,

                Plaintiffs,

-against-

191 AVENUE A INC., et al.,

                Defendants.

23-cv-6028 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    On November 21, 2023, the Court ordered Plaintiff's counsel to investigate Defendants' roles in this case and scheduled a conference for December 13, 2023. Dkt. 31. Apparently due to an issue with the proper Teams link, the Defendants did not appear at the conference. By December 15, 2023, at 5:00 p.m., Plaintiff's counsel shall submit a letter addressing the following: (1) the efforts made to investigate and findings regarding the ownership of 191 Avenue A Inc. and the individual defendants' involvement in this case, (2) whether any Defendant should be voluntarily dismissed from this case, and (3) whether Plaintiff intends to seek default judgment.

    The Clerk of Court is directed to mail a copy of this order to Defendants at 229 St. Ann's Ave., Apt. 1, Bronx, NY 10454. Plaintiff's counsel should email the order to Defendants if possible.

    SO ORDERED.

Dated: December 13, 2023
       New York, New York

                                              ARUN SUBRAMANIAN
                                              United States District Judge