UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVARO MACOTO CUAUTLE,<br><br>                              Plaintiff,<br><br>    -against-<br><br>191 AVENUE A INC., et al.,<br><br>                              Defendants. | 23-cv-6028 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

In light of one defendant's conflicting travel plans, the January 18 conference is rescheduled for January 29, 2024, at 10:30 a.m.

The Clerk of Court is directed to mail a copy of this order to Defendants at 229 St. Ann's Ave., Apt. 1, Bronx, NY 10454. Plaintiff's counsel should email the order to Defendants if possible.

SO ORDERED.

Dated: January 5, 2024
       New York, New York

                                                     _____
                                                            ARUN SUBRAMANIAN
                                                          United States District Judge