UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO MACOTO CUAUTLE,

                        Plaintiff,

            -against-

191 AVENUE A INC., et al.,

                        Defendants.

23-cv-6028 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The complaint in this case was filed on July 7, 2023. Dkt. 1. The corporate defendant was served on July 17, 2023. Dkt. 12. One individual defendant filed an answer on August 7, 2023, Dkt. 16, but the corporate defendant has never been represented by counsel or filed any responsive pleading. On February 8, 2024, the Court held a conference at which neither the individual defendants nor any representative of the corporate defendant appeared. As discussed at that conference on the record, Plaintiff should obtain a certificate of default from the Clerk of Court and move for default judgment against the corporate defendant by February 15, 2024. Default-judgment instructions are in the Court's individual practices, ¶ 8.L.

SO ORDERED.

Dated:  February 8, 2024
        New York, New York

ARUN SUBRAMANIAN
United States District Judge