UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO MACOTO CUAUTLE,

                              Plaintiff,

              -against-                                    23-cv-6028 (AS)

191 AVENUE A INC., et al.,                                ORDER

                              Defendants.

ARUN SUBRAMANIAN, United States District Judge:

On February 8, 2024, the Court ordered Plaintiff to move for default judgment against the unrepresented corporate defendant by February 15. Plaintiff's counsel filed a declaration and Plaintiff received a clerk's certificate of default, but Plaintiff has not moved for default judgment. Again, the instructions for doing so are in the Court's individual practices and the local rules. Plaintiff shall file the motion and supporting papers by February 22, 2024, at 5:00 p.m.

SO ORDERED.

Dated: February 20, 2024
        New York, New York

ARUN SUBRAMANIAN
United States District Judge