UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO MACOTO CUAUTLE,

                                    Plaintiff,

                    -against-

191 AVENUE A INC. et al.,

                                    Defendants.

23-cv-6028 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On February 8, 2024, the Court ordered Plaintiff to move for default judgment against the unrepresented corporate defendant by February 15. Dkt. 44. Plaintiff's counsel filed a declaration and Plaintiff received a Clerk's certificate of default, but Plaintiff did not move for default judgment. Dkt. 48. On February 20, the Court ordered Plaintiff to move for default judgment by February 22. Dkt. 49. Plaintiff filed a proposed order to show cause and proposed default judgment. Dkts. 50, 52. As noted in the Court's individual practices, the Court does *not* handle default judgment through orders to show cause. Individual Practices ¶ 8.L. Again, Plaintiff has failed to move for default judgment. Plaintiff must make the actual motion. If there is confusion about how to file such a motion, counsel should contact the Court's ECF help desk at (212) 805-0800.

                    SO ORDERED.

Dated: February 22, 2024
          New York, New York

                                    _____
                                    ARUN SUBRAMANIAN
                                    United States District Judge