UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO MACOTO CUAUTLE,

                Plaintiff(s),

-against-

191 AVENUE A INC. et al.,

                Defendant(s).

23-cv-6028 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    On February 8, 2024, the Court ordered Plaintiff's counsel to file a letter updating the Court on the status of this case by March 5, 2024. Dkt. 45. Counsel has failed to do so. In anticipation of tomorrow's conference, counsel shall file such a letter as soon as possible. Plaintiff's counsel shall also reach out to the individual defendants as soon as possible to remind them of tomorrow's conference. The letter should also address whether counsel was able to contact them and whether they will be attending.

    SO ORDERED.

Dated: March 6, 2024
       New York, New York

ARUN SUBRAMANIAN
United States District Judge