UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALVARO MACOTO CUAUTLE, *individually and on behalf of others similarly situated*,

      *Plaintiff*,        1:23-cv-06028

-against-             **DEFAULT JUDGMENT**

191 AVENUE A INC. (D/B/A NY GRILL & DELI),
AHMED ALZENDANI AKA MIKE, and ZANDAN
ZINDANI AKA DANNY,

      *Defendants*,

-----------------------------------------------------------------X

  The summons and Complaint in this action having been duly served on the above-named Defendant 191 AVENUE A INC. (D/B/A NY GRILL & DELI), and said Defendant having failed to defend in this action, and said default having been duly noted, and upon the annexed Declaration in support of entry of default judgment, with exhibits thereto;

  NOW, on motion of by Order to Show Cause of CSM Legal, P.C., counsel for Plaintiff, it is hereby

  ORDERED, ADJUDGED, and DECREED that Plaintiff ALVARO MACOTO CUAUTLE, has judgment of Defendant 191 AVENUE A INC. (D/B/A NY GRILL & DELI), in the total amount of $208,624.47, which includes the total damages of $204,085.47, as well as costs, disbursements and attorney fees in the sum of $4,539.00, plus interest at the legal rate in effect on the date of this judgment; and, that the Plaintiff has execution therefore.

Dated: March 7, 2024

    New York, New York

                  _____
                  HON. ARUN SUBRAMANIAN
                  UNITED STATES DISTRICT COURT JUDGE