UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVARO MACOTO CUAUTLE,

                Plaintiff,

-against-

191 AVENUE A INC. et al.,

                Defendants.

23-cv-6028 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On February 8, 2024, the Court set a discovery deadline for April 8, 2024. Dkt. 45. The Court has already entered default judgment against the corporate defendant. Dkt. 61. The individual defendants have appeared, but they have been nonresponsive for months. By April 11, 2024, Plaintiff shall submit a letter indicating whether he will pursue a default judgment against the individual defendants. If so, the motion and supporting papers will be due by April 18, 2024.

SO ORDERED.

Dated: April 8, 2024
New York, New York

ARUN SUBRAMANIAN
United States District Judge