UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ALVARO MACOTO CUAUTLE, *individually and on behalf of others similarly situated*,

               *Plaintiff*,

-against-

191 AVENUE A INC. (D/B/A NY GRILL & DELI), AHMED ALZENDANI AKA MIKE, and ZANDAN ZINDANI AKA DANNY,

               *Defendants*,

-----------------------------------------------------------------X

1:23-cv-06028

**DEFAULT JUDGMENT**

The summons and Complaint in this action having been duly served on the above-named Defendants AHMED ALZENDANI AKA MIKE, and ZANDAN ZINDANI AKA DANNY, and said Defendants having failed to defend in this action, and said default having been duly noted, and upon the annexed Declaration in support of entry of default judgment, with exhibits thereto;

NOW, on motion of by Order to Show Cause of CSM Legal, P.C., counsel for Plaintiff, it is hereby

ORDERED, ADJUDGED, and DECREED that Plaintiff ALVARO MACOTO CUAUTLE, has judgment of Defendants AHMED ALZENDANI AKA MIKE, and ZANDAN ZINDANI AKA DANNY, in the total amount of $210,229.49, which includes the total damages of $205,340.49, as well as costs, disbursements and attorney fees in the sum of $4,889.00, plus interest at the legal rate in effect on the date of this judgment; and, that the Plaintiff has execution therefore.

The Clerk of Court is directed to close Dkt. 74 and to close this case.

SO ORDERED.

Date: May 17, 2024
New York, New York

                                              HON. ARUN SUBRAMANIAN
                                              UNITED STATES DISTRICT COURT JUDGE